UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-MJ-02221

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **DISMISSAL OF INFORMATION** |
| | ) | |
| EMILY A. LONGWORTH | ) | |

On May 29, 2015, a two-count criminal information was filed in the Eastern District of North Carolina charging the defendant with Count One, Driving While Impaired (DWI) in violation of 18 U.S.C. § 13, assimilating N.C. Gen. Stat. § 20-138.1, and Count Two, Operating a Cellular Device, in violation of 18 U.S.C. § 13, assimilating N.C. Gen. Stat. § 20-14-4(a). Upon further review of the available evidence, as well as considerations regarding witness availability, the government has decided not to proceed with this case.

Accordingly, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the indictment in this case.

THOMAS G. WALKER
United States Attorney

BY: /s/ John T. Bennett
JOHN T. BENNETT, S.A.U.S.A.
OSJA, XVIII Airborne Corps
Fort Bragg, NC 28310-5000
John.t.bennett38.mil@mail.mil
Telephone: 910-908-6087
GA Bar No. 426405

Leave for filing of the foregoing
is hereby granted this  29th  day of
May, 2015.

*Robert T. Numbers II*

ROBERT T. NUMBERS
UNITED STATES MAGISTRATE JUDGE